No. 10–8575.  HAMPTON v. METRISH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–8579.  SUGGS v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–8581.  BARDES v. MAGERA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS STATE'S ATTORNEY FOR SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–8586.  PORTER v. NEOTTI, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–8592.  DALRYMPLE v. PURDUM.  Ct. App. Ohio, Ross County.  Certiorari denied.

No. 10–8593.  DEHAVEN v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION.  C. A. 9th Cir.  Certiorari denied.

No. 10–8596.  SHELTON v. KNOWLES, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8603.  PASCHAL v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 10–8604.  JOHNSON v. KELLY, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–8606.  LEWIS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–8610.  NEAL v. HOOD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–8613.  THORNTON v. HARMON, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–8614.  ZURCHER v. FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 10–8622.  WILLIAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.